(iv) The Superior Court erred with respect to the trigger of coverage under the Excess Policies.

**David C. DAVIS, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 265, 2016**

Supreme Court of Delaware.

Submitted: June 24, 2016
Decided: September 22, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1212002650

AFFIRMED.

**Ralph H. HAWKINS, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 322, 2016**

Supreme Court of Delaware.

Submitted: July 19, 2016
Decided: September 22, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0309015988

AFFIRMED.